UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
00-11424-LPC

MONAHAN CORPORATION N.V., ET AL.

Plaintiffs

v.

ROBERT M. WHITTY, ET AL.

Defendants

## JUDGMENT

April 14, 2004

COHEN, M.J.

This court finding no just reason for delaying entry of final judgment on behalf of defendants Blake J. Godbout and DiMaria & Godbout, the defendants Blake J. Godbout and DiMaria & Godboutís Motion for Entry of Separate and Final Judgment (# 154), to which no opposition has been filed, is allowed.

For the reasons set forth in the Memorandum and Order on Motions for Summary Judgment entered by this court on March 18, 2004, judgment for defendants Blake J. Godbout and DiMaria & Godbout, and against all plaintiffs.

_____
UNITED STATES MAGISTRATE JUDGE